```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 43583
   PAMELA D MOREIRA
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-5000

-------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/23/2004 and was confirmed 01/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  45.00%.

     The case was paid in full 07/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
ISAC                     UNSECURED           9855.45          .00          4434.95
SALLIE MAE               UNSECURED         NOT FILED          .00              .00
ZALUTSKY & PINSKI LTD    REIMBURSEMENT       194.00           .00           194.00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY       2,200.00                       2,200.00
TOM VAUGHN               TRUSTEE                                            432.52
DEBTOR REFUND            REFUND                                               6.53

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            7,268.00

PRIORITY                                       194.00
SECURED                                           .00
UNSECURED                                    4,434.95
ADMINISTRATIVE                               2,200.00
TRUSTEE COMPENSATION                           432.52
DEBTOR REFUND                                    6.53
                   --------------         --------------
TOTALS             7,268.00                  7,268.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 10/29/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```